IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA MARIE HALTERMAN, :
:
Plaintiff :
:  CIVIL NO. 17-00961
v. :
:
NANCY A. BERRYHILL, :
Acting Commissioner :
of Social Security :
Defendant :

FILED
OCT 13 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW** this 13th day of October, 2017, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 15), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Defendant's Motion to Remand is **GRANTED**, and this matter is hereby **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Appeals Council of the Social Security Administration for further consideration and referral to an administrative law judge for further proceedings to further evaluate Plaintiff's claim.

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

4. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

                        BY THE COURT:

                        _____
                        C. DARNELL JONES, II
                        U.S. District Court Judge